# EXHIBIT B

# EXHIBIT B

**DISBURSEMENTS-**

3/22/19-Postage for the service of the Thiessen Objection to the Claim of Andrew Molbert, Esq. $30.00

3/25/19-Second Day Federal Express delivery to Judge Drain $27.75

5/10/19 Postage for service of the Reply in Support of the Thiessen Objection to the Claim of Andrew Molbert, Esq. $4.00

5/10/19-Federal Express Overnight to Judge Drain $25.00

$86.75